IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THEODORE RAIA,**

    **Plaintiff,**

v.                                              Case No. 4:25-cv-111-AW-MJF

**RICKY D. DIXON, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff has not complied with court orders, and he has not objected to the magistrate judge's report and recommendation (ECF No. 5), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on August 5, 2025.

                                          s/ *Allen Winsor*
                                          Chief United States District Judge